S92A0445, S92X0447. WILKES et al. v. GOWDY et al.; and vice versa.
(417 SE2d 317)

PER CURIAM.

Judgment affirmed without opinion pursuant to Rule 59.

*Judgment affirmed. As to Case No. S92A0445, all the Justices concur. As to Case No. S92X0447, all the Justices concur, except Bell and Benham, JJ., who dissent.*

---

BENHAM, Justice, dissenting.

Because I believe this case is controlled by this Court's decision in *Chambers v. Gallaher*, 257 Ga. 795 (364 SE2d 576) (1988), I must respectfully dissent from the affirmance of the judgment in Case No. S92X0447.

DECIDED JUNE 10, 1992.

*McArthur & McArthur, John Jay McArthur,* for appellants.
*McDonald & Haggard, James E. McDonald,* for appellees.